IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:03CV244-C

| | |
|---|---|
| **DIRECTV, Inc.**, | ) |
|     **Plaintiff,** | ) |
|     v. | )    <u>O R D E R</u> |
| **SAM SCHARDER**, | ) |
|     **Defendant.** | ) |

**WHEREAS** it has been made to appear to the undersigned, upon motion of plaintiff DIRECTV, Inc. ("DIRECTV"), that DIRECTV has sought the entry of default against Defendant Sam Scharder, and that Defendant Sam Scharder has failed to plead or is otherwise subject to entry of default as provided by the Federal Rules of Civil Procedure.

**NOW THEREFORE,** default is hereby entered against Defendant Sam Scharder, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

**Signed: June 27, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge