# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA

## Case No. 3:03 CV 244

| | |
|---|---|
| **DIRECTV, Inc.,** | )  |
| Plaintiff, | ) SCHEDULING ORDER AND CASE |
| | ) MANAGEMENT PLAN |
| v. | ) |
| **SAM SCHARDER,** | ) |
| Defendant. | ) |

This matter came before the Court on December 21, 2006 at which time the Court vacated the Default Judgment entered against Defendant and reopened the matter for further proceedings. In accordance with the Local Rules of the Western District of North Carolina and pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court hereby enters the following Scheduling Order and Case Management Plan with respect to this matter:

1. <u>Amended Complaint.</u> Plaintiff shall be permitted to amend its complaint to add claims concerning defendant's alleged resale of illegal access devices. Plaintiff shall file and serve its amended complaint no later than January 12, 2007.

2. <u>Answer.</u> Defendant shall file and serve his answer or otherwise move as to Plaintiff's Amended Complaint no later than February 1, 2007.

3. <u>Pre-Discovery Disclosures.</u> The parties shall exchange the information required by Fed. R. Civ. P. 26(a)(1) no later than February 1, 2007.

4. <u>Discovery</u>.

   A. All discovery shall be commenced in time to be completed by April 2, 2007.

   B. Discovery Limits:

a. Each party shall serve a maximum of 25 interrogatories, including sub-parts, to any other party.

   b. Each party shall serve a maximum of 25 requests for admission, including sub-parts, by each party to any other party.

   c. Each party shall be permitted to take the depositions of up to 6 fact witnesses without prior leave of Court.

 C. Reports from retained experts under Rule 26(a)(2) will be due:

   a. from plaintiff no later than February 1, 2007.

   b. from defendant no later than March 1, 2007.

 D. Supplementations pursuant to Rule 26(e) will be due no later than March 1, 2007.

5. Other Items.

 A. All potentially dispositive motions should be filed by May 1, 2007.

 B. Mediation is hereby ordered in this matter. Such mediation is to be completed no later than May 1, 2007.

The Clerk of Court will certify a copy of this Scheduling Order and Case Management Plan to defendant at the following address: Sam Scharder, 11319 Hunters Landing Drive, Charlotte, North Carolina 28273.

Signed: December 28, 2006

Frank D. Whitney
United States District Judge